IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| CRAIG DILLON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 2:15-CV-255 |
| | § |
| THE LINCOLN NATIONAL LIFE | § |
| INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL

The plaintiff announces to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the plaintiff stipulates that all claims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

BY: /s/R. Scott Wilson
Eric L. Buchanan (BPR #18568)
R. Scott Wilson (BPR #19661)
Jeremy L. Bordelon (BPR #028181)
ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS FOR 414 McCallie Avenue
PLAINTIFF Chattanooga, TN 37402
(423)634-2506

## CERTIFICATE OF SERVICE

I hereby certify that on this day of January 20, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    John M. Scannapieco (BPR No. 14473)
    Martha L. Boyd (BPR No. 22029)
    BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ, P.C.
    211 Commerce Street, Suite 800
    Nashville, Tennessee 37201
    (615) 726-5648

                                        BY:   *s/R. Scott Wilson*
                                                    R. Scott Wilson

2

Case 2:15-cv-00225-JRG-MCLC   Document 11   Filed 01/20/16   Page 2 of 2   PageID #: 43